UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND BLANC TOWNSHIP
POLICE DEPARTMENT,

    Plaintiff,

v.

                              Case No. 25-cv-12897
                              Hon. Matthew F. Leitman

QASHONTAE HOSOMLA SHORT,

    Defendant.
_____/

## ORDER REMANDING ACTION TO GENESEE COUNTY CIRCUIT COURT

On September 11, 2025, QaShontae Hosomla Short filed a Notice of Removal in this Court (*See* Notice of Removal, ECF No. 1.)  Short attempts to remove two cases originally filed in the Genesee County Circuit Court, Nos. 2025-25E1591-OT and 2025-25E01274-OT.  (*See id.*, PageID.1.)  In the Notice of Removal, Short provides no indication of how or why these cases have been properly removed, and the Court discerns none.  Short has also filed a Motion to Consolidate Cases (ECF No. 4) and a Motion to Reopen Case (ECF No. 5).  Neither of these filings reveals a basis on which this action could have been removed to this Court.  The Civil Cover Sheet filed by Short along with the Notice of Removal lists (what Short seems to suggest are) two federal statutes – 28 U.S.C. §950 and 34 U.S.C. §12291 – but

1

neither of those statutes provides a basis for removal here. The first has been repealed, and the second is merely a list of definitions.

For the reasons explained above, **IT IS HEREBY ORDERED** that this action is **REMANDED** to the Genesee County Circuit Court. Short's Motion to Consolidate Cases (ECF No. 4) and Motion to Reopen Case (ECF No. 5) are **TERMINATED AS MOOT**. Because this action has been remanded, Short's request to proceed *in forma pauperis* (ECF No. 2) is also **TERMINATED AS MOOT**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126